KARL HALL
Reno City Attorney
MARK HUGHS
Nevada Bar #5375
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for City of Reno,*
*Officer Joshua Sanford, and*
*Officer Cade Leavitt*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES O'DOAN,

        Plaintiff,
vs.

RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive.

        Defendants.                    /

Case No.: 3:17-CV-00293-LRH-VPC

## **NOTICE OF MANUAL FILING**

Defendants City of Reno ("City"), Joshua Sanford ("Sanford") and Cade Leavitt ("Leavitt"), collectively referred to as "Defendants", by and through their attorneys, Karl Hall, Reno City Attorney, and Mark Hughs, Deputy Reno City Attorney, hereby give notice to all parties that they will be manually filing a CD with the Court pursuant to Pursuant to LR IC 1-1 (d).

The CD contains audio files of 911 calls referred in, and supporting, Defendant's Motion to Dismiss as Exhibits 1, 3, 4, and 6. Exhibit 1 is 572 kilobytes, Exhibit 3 is 286 kilobytes, Exhibit 4 is 1,395 kilobytes, and Exhibit 6 is 2,645

//

//

1  kilobytes.  All of the aforementioned files are provided in .wav format.

2      DATED this ____30th____ day of May, 2017.

                                      KARL HALL
                                      Reno City Attorney

                               By: /s/ Mark A . Hughs
                                   MARK A. HUGHS
                                   Deputy City Attorney
                                   Nevada Bar #5375
                                   Post Office Box 1900
                                   Reno, Nevada  89505
                                   (775) 334-2050
                                   *Attorneys for City of Reno*
                                   *Officer Joshua Sanford, and*
                                   *Officer Cade Leavitt*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

_____  Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____  Personal delivery.

\_\_X\_\_  CM/ECF electronic service

_____  Facsimile (FAX).

_____  Federal Express or other overnight delivery.

_____  Reno/Carson Messenger Service.

addressed as follows:

Luke Busby, Esq.
216 East Liberty Street
Reno, NV 89501

DATED this \_\_30th\_\_ day of May, 2017.

/s/ Katie Wellman
Katie Wellman
Legal Assistant