1  KARL HALL
   Reno City Attorney
2  MARK HUGHS
3  Nevada Bar #5375
   Post Office Box 1900
4  Reno, NV 89505
   (775) 334-2050
5  *Attorneys for City of Reno,*
   *Officer Joshua Sanford, and*
6  *Officer Cade Leavitt*

```
 ✓ ___ FILED          ___ RECEIVED
   ___ ENTERED        ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

         JUN - 7 2017

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
  BY: _____ DEPUTY
```

7
                    UNITED STATES DISTRICT COURT
8                       DISTRICT OF NEVADA

9  JAMES O'DOAN,                        Case No.: 3:17-CV-00293-LRH-VPC

10          Plaintiff,                  ORDER
               vs.
11
   RENO   POLICE   OFFICER   JOSHUA
12 SANFORD,   RENO   POLICE   OFFICER
   CADE LEAVITT, and THE CITY OF RENO,
13 a political subdivision of the State of Nevada;
   and JOHN DOES I through X, inclusive.
14
            Defendants.                      /
15
16        **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
                            **(First Request)**

17        Plaintiff, by and through Luke Busby, Esq., and, Defendants City of Reno, Joshua

18 Sanford, and Cade Leavitt, by and through Reno City Attorney Karl Hall and Deputy City

19 Attorney Mark Hughs, stipulate to a continuance of the Case Management Conference, from July

20 26, 2017 at 9:30 a.m. to **August 3, 2017 at 10:00 a.m.**  This is the first request for an extension

21 to continue the Case Management Conference in this matter.

22 //

23 //

24 //

25 //

26 //

27

28

1       The continuance has been requested because Defendants' counsel, Mark Hughs, will be

2   unavailable, on an out-of-the country vacation, at the time originally set for the Case

3   Management Conference.

4   DATED this ____5TH____ day of June, 2017   DATED this ____5th____ day of June, 2017

5

6   By: /s/ Luke Busby_____   KARL HALL
   Luke Busby, Esq.   Reno City Attorney

7   216 East Liberty Street
   Reno, NV 89501

8                      By: /s/ Mark A. Hughs_____
                   MARK A. HUGHS

9                      Deputy City Attorney
                   Nevada Bar #5375

10                     Post Office Box 1900
                   Reno, Nevada  89505

11                     (775) 334-2050
                   *Attorneys for City of Reno*

12                     *Officer Joshua Sanford, and*
                   *Officer Cade Leavitt*

13

14  IT IS SO ORDERED.

15  DATED this _7th_ day of June, 2017.

16

17  _____
   United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

_____    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____    Personal delivery.

__X__    CM/ECF electronic service

_____    Facsimile (FAX).

_____    Federal Express or other overnight delivery.

_____    Reno/Carson Messenger Service.

addressed as follows:

Luke Busby, Esq.
216 East Liberty Street
Reno, NV 89501

DATED this __5th__ day of June, 2017.


/s/ Katie Wellman
Katie Wellman
Legal Assistant