# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES O'DOAN, | 3:17-CV-0293-LRH (VPC) |
| Plaintiff, | **MINUTE ORDER** |
| vs. | September 20, 2017 |
| RENO POLICE OFFICER JOSHUA SANFORD, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Court has received and reviewed the stipulation to extend discovery plan and scheduling order (ECF No. 26). The stipulation fails to comply with Local Rule 26-4. Therefore, the stipulation to extend discovery deadline is **DENIED** without prejudice.

The parties may amend their stipulation on or before **September 27, 2017** to comply with Local Rule 26-4 as follows:

1. The stipulation shall include a statement specifying the discovery completed as required by LR 26-4(a);

2. The stipulation shall include a specific description of the discovery that remains to be completed as required by LR 26-4(b);

3. The reasons why discovery remaining was not completed with the time limits set by the discovery plan pursuant to LR 26-4(c); and

4. The stipulation shall include a proposed schedule for completing all remaining discovery as required by LR 26-4(d).

**IT IS SO ORDERED.**

                                             DEBRA K. KEMPI, CLERK

                           By:        /s/
                                      Deputy Clerk