# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES O'DOAN,<br><br>        Plaintiff(s),<br>  vs.<br><br>RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive<br><br>        Defendant(s).<br>_____/ | Case No. 3:17-cv-00293-LRH-VPC<br><br>**ORDER APPROVING STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

      COMES NOW, JAMES O'DOAN ("Plaintiff") and RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada, (collectively "Defendants") by and through the undersigned counsel, and hereby stipulate and request a one week extension for the Plaintiff to file a response to the Defendant's March 27, 2018 Motion for Summary Judgment. Currently, the Plaintiff's response is due on April 17, 2018. The parties request

1

that the due date be extended to April 24, 2018.

This is the first request for an extension of this deadline.

The reason for seeking this extension is that counsel for the Plaintiff has a matter scheduled for trial in Nevada District Court the week of April 9, 2018, which will substantially reduce the amount of time available to draft an adequate response to the Defendant's Motion. Further, this matter involves subtle and nuanced issues of law and of fact that deserve full treatment and analysis by the parties.

BASED ON THE FOREGOING, the parties request a one week extension of the deadline described above.

IT IS SO STIPULATED.

By: _____/s/ Mark Hughs_____ Dated:__4/6/2018__

    Mark Hughs, Esq.
    Reno City Attorney
    1 East First St.
    Reno, Nevada 89501
    *Attorney for the Defendants*

By: _____/s/ Luke Busby_____ Dated:__4/6/2018__

    Luke Andrew Busby, Ltd.
    Nevada State Bar No. 10319
    316 California Ave 82
    Reno, NV 89509
    775-453-0112
    luke@lukeandrewbusbyltd.com
    *Attorneys for the Plaintiff*

**ORDER**

IT IS SO ORDERED.

4/6/18
_____
DATED

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE