# Exhibit 3

Manually Filed

a. 911 Call 2016-07-15_at_18.47.45 (585,216 bytes)
b. 911 Call 2016-07-15_at_18.50.22 (292,864 bytes)
c. 911 Call 2016-07-15_at_18.53.45 (1,428,480 bytes)
d. 911 Call 2016-07-15_at_18.56.06 (2,707,968 bytes)

# Exhibit 3