# Exhibit 16

# Exhibit 16

# In the Matter Of:

O'doan vs. City of Reno

# JAMES O'DOAN

*January 22, 2018*

*Job Number: 446248*

Litigation Services  |  800-330-1112
www.litigationservices.com

```
 1

 2                  UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
 3                            --oOo--

 4

 5   JAMES O'DOAN,                          :
                                            :
 6                      Plaintiff,          :
                                            :
 7   vs.                                    :
                                            :
 8   RENO POLICE OFFICER JOSHUA             :   Case No.:
     SANFORD, RENO POLICE OFFICER           :   3:17-CV-00293-LRH-
 9   CADE LEAVITT, and THE CITY OF          :   VPC
     RENO, a political subdivision          :
10   of the State of Nevada; and            :
     JOHN DOES I through X,                 :
11   inclusive,                             :
                                            :
12                      Defendants.         :
    ============================================================
13

14
                              DEPOSITION OF
15
                              JAMES O'DOAN
16
                       MONDAY, JANUARY 22, 2018
17
                              RENO, NEVADA
18

19

20

21

22   JOB NO.: 446248

23

24
     Reported by:                    CAROL HUMMEL, RPR, CCR #340
25
```

```
                                                              Page 2
 1

 2
                         APPEARANCES
 3

 4

 5            FOR THE PLAINTIFF:
                LUKE BUSBY, ESQ.
 6              Attorney at Law
       316 California Avenue, Suite 82
 7           Reno, Nevada   89509

 8

 9
              FOR THE DEFENDANTS:
10              MARK A. HUGHS   ESQ.
              Deputy City Attorney
11    One East First Street, Third floor
              Reno, Nevada   89505
12

13

14
                       ^.^
15

16

17

18

19

20

21

22

23

24

25
```

```
                                                          Page 3
 1

 2
                             ^.^
 3
                          I N D E X
 4
    EXAMINATION BY:                                       PAGE
 5
     Mr. Hughs                                              4
 6                                                        182

 7  Mr. Busby                                             179

 8

 9

10 EXHIBITS:
    1 - Document of Christopher Patin, MD
11      COR000358                                          68

12  2 - Four-page document from Saint Mary's
        Medical Group                                      71
13
    3 - Five-page document, Indian Springs                133
14
    4 - Four color photographs COR249-252                 137
15
    5 - Function Report                                   149
16

17 Exhibits 1, 2 and 5 are confidential documents.

18

19

20

21

22

23

24

25
```

Page 4

```
 1          BE IT REMEMBERED that on MONDAY the 22nd day
 2 of JANUARY, 2018, at the hour of 9:45 A.M., of said day,
 3 at the offices of RENO CITY ATTORNEY, One East First
 4 Street, Third Floor, Reno, Nevada, before me, CAROL
 5 HUMMEL, a notary public, personally appeared JAMES O'DOAN,
 6 who was by me first duly sworn, and was examined as a
 7 witness in said cause.
 8                              -oOo-
 9
10                          JAMES O'DOAN
11          having been sworn, testified as follows:
12                   E X A M I N A T I O N
13 BY MR. HUGHS:
14      Q   We're ready to go.
15          Mr. O'Doan, would you please state your full
16 name.
17      A   James Maurice O'Doan, III.
18      Q   Will you please spell your last name.
19      A   James, J-a-m-e-s.  Maurice, M-a-u-r-i-c-e,
20 O-'-D-o-a-n.
21      Q   Have you ever had your deposition taken
22 before?
23      A   No, this is the first time.
24      Q   I'm going to go over some of the ground rules.
25          The oath that you just took is the same oath
```

Page 86

 1     Q    What do you mean by "being arrested"?
 2     A    There was -- when I was sitting there, the
 3  officer came into the room.  And I was -- I thought I was
 4  going home.  And I said, so what's going on?  He goes,
 5  well, you're being arrested.  Okay.  You have to be
 6  kidding me.
 7     Q    Is that what you said?
 8     A    I think so, yeah.
 9     Q    Which officer was it?
10     A    I don't know.
11     Q    Was it one of the officers you're suing?
12     A    I don't know.
13     Q    You remember from being at their depositions
14  what Officer Sanford looked like, right?
15     A    Yes.
16     Q    And you remember being at the depositions what
17  Officer Leavitt looks like, right?
18     A    Yes.
19     Q    But you don't know what the officer who
20  arrested you looked like?
21     A    No.
22     Q    When you say he arrested you, what did he do?
23     A    He handcuffed me and told me I was going to
24  jail.
25     Q    Did he tell you what for?

```
 1      A   I don't believe at that time he did, no.
 2      Q   I want to talk more about your arrest.
 3          But first, did you ever see Officer Sanford at
 4  the hospital?
 5      A   I can't remember.
 6      Q   Did you ever see Officer Leavitt at the
 7  hospital?
 8          MR. BUSBY:  Objection.  Asked and answered to
 9  the previous question.  Go ahead.
10  BY MR. HUGHS:
11      Q   Let's get back to you say you were arrested at
12  the hospital.  Then what happened?
13      A   I was put in the back of a paddy wagon.
14      Q   What's a paddy wagon?
15      A   The police vehicle that transports prisoners,
16  I guess.
17      Q   So how many other people were in the, what you
18  are calling a paddy wagon?
19      A   Started out with just me.
20      Q   And they put you in.  What did they do with
21  you when they put you in?
22      A   They shut the door.
23      Q   Do they leave you standing there or what did
24  they do?
25      A   There is a seat in the back.
```

Page 91

```
 1      A   I can remember sitting there, and in a
 2 hospital gown.  I believe there was people there, but I
 3 don't know how many.
 4      Q   Can you tell me for sure there were people in
 5 there?
 6          MR. BUSBY:  Objection.  Asked and answered.
 7          THE WITNESS:  No.
 8 BY MR. HUGHS:
 9      Q   Then what happened?
10      A   I was taken to the shower area, showered,
11 given clothes, and taken to my cell.
12      Q   Did you have anyone else in your cell with
13 you?
14      A   No.
15      Q   How long were you in the cell?
16      A   I don't know.
17      Q   When you're postseizure, is your sense of time
18 normal?
19      A   No.
20      Q   What's it like?
21      A   I have a hard time recalling what has happened
22 in the near -- in the recent future.  After having a
23 seizure I have a hard time recalling what happened.  I can
24 take out points, like little things that I -- some things
25 I can remember, some things I can't.
```

Page 104

```
 1            MR. BUSBY:  Same objection.
 2            THE WITNESS:  Yes.
 3 BY MR. HUGHS:
 4       Q    How did you get out of jail?
 5       A    I got bailed out.
 6       Q    Who bailed you out?
 7       A    My mother.
 8       Q    Do you remember your mother bailing you out?
 9       A    I remember her being there and picking me up.
10       Q    What time did she pick you up?
11       A    I don't know.
12       Q    What day did she pick you up?
13       A    The specific date?
14       Q    Yes.
15       A    I don't remember.
16       Q    Was it the next day or a week later?
17       A    It was the next day.
18       Q    Was it afternoon or morning?
19       A    I don't know.
20       Q    Was it nighttime?
21       A    No.
22       Q    So she picked you up while there was daylight?
23       A    Yes.
24       Q    Where did she take you?
25       A    She took me home.
```

```
 1  STATE OF NEVADA  )
 2                   )  ss.
 3  COUNTY OF WASHOE )
 4
 5              I, CAROL HUMMEL, a notary public in and for
 6  the County of Washoe, State of Nevada, do hereby certify:
 7              That at 9:45 A.M., on MONDAY, the 22nd day of
 8  January, 2018, at the offices of RENO CITY ATTORNEY, One
 9  East First Street, Third floor, Reno, Nevada, personally
10  appeared JAMES O'DOAN who was sworn by me and was deposed
11  in the matter entitled herein;
12              That said transcript which appears
13  hereinbefore was taken in verbatim stenotype notes by me,
14  a Certified Court Reporter, and thereafter reduced to
15  writing by means of computer-assisted transcription as
16  herein appears;
17              That the foregoing transcript, consisting of
18  Pages 1 through 183, inclusive, is a full, true and
19  correct transcription of my stenotype notes of said
20  proceedings;
21              I further certify that I am not an attorney or
22  counsel for any of the parties, nor a relative or employee
23  of any attorney or counsel connected with the action, nor
24  financially interested in the action.  [signature]
                                           _____
25                                         CAROL HUMMEL, CCR #340
```