# Exhibit 23

Exhibit 23

**RENO CRIMINAL**
# CASE SUMMARY
## CASE NO. RCR2016-087693

| | | |
|---|---|---|
| **The State of Nevada** § | Location: | Reno Criminal |
| vs. § | Judicial Officer: | Sferrazza, Peter |
| **James Maurice Odoan** § | Filed on: | 07/21/2016 |
| § | Case Number History: | RPC2016-020769 |
| § | Agency Number: | RP16-012968 |
| § | District Attorney Number: | 16-10353 |
| § | Probable Cause Number: | RPD0009734C |
| § | | |

---

### CASE INFORMATION

**Offense**
1. Indecent or obscene exposure, 1st
   ACN: RP16-012968
   Arrest:                        RPD - Reno Police Department

**Deg** G
**Date** 07/16/2016

**Case Type:** Gross Misdemeanor
**Case Status:** 12/16/2016 Concluded

**Statistical Closures**
12/12/2016    Dismissed (before prelim.)

**Bonds**
Bail Bond    #A30-2149645    $500.00
7/18/2016                    Surety Bond Posted
Counts: 1

Bail Bond    #A30-2149643    $2,500.00
7/18/2016                    Surety Bond Posted
Counts: 1

---

### CASE ASSIGNMENT

**Current Case Assignment**
Case Number        RCR2016-087693
Court              Reno Criminal
Date Assigned      07/21/2016
Judicial Officer   Sferrazza, Peter

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | The State of Nevada | Bolenbaker, Michael R. |
| | | 775-328-3200(W) |
| **Defendant** | **Odoan, James Maurice** | McKenna, Kenneth J. |
| | *Also Known As* Odoan, James Maurice, III | *Retained* |
| | *Also Known As* O'Doan, James Maurice III | 775-329-6373(W) |

---

### DATE | EVENTS & ORDERS OF THE COURT | INDEX

| Date | Events | |
|---|---|---|
| 07/18/2016 | *CANCELED* Probable Cause Findings/Hearings (12:00 PM) (Judicial Officer: Judge, Probable Cause) *Vacated* | |
| 07/18/2016 | Surety Bond Posted<br>*A30-2149643 Mac's Bail Bonds $2,500.00* | |
| 07/18/2016 | Surety Bond Posted<br>*A30-2149645 Mac's Bail Bonds $500.00* | |
| 07/18/2016 | Probable Cause Affidavit Reviewed by Judge | |
| 07/18/2016 | | |

ODOAN 000026

|  |  |
|---|---|
|  | Court Found Probable Cause |
| 07/18/2016 | Public Defender Appointed |
| 07/21/2016 | Criminal Complaint Filed |
| 08/03/2016 | **Arraignment** (10:00 AM) (Judicial Officer: Sferrazza, Peter)<br>*Parties Present:* Attorney   McKenna, Kenneth J. |
| 08/03/2016 | Waiver of Initial Appearance filed |
| 08/03/2016 | Authorization to Represent Filed |
| 09/06/2016 | *CANCELED* **Mandatory Status Conference** (1:30 PM) (Judicial Officer: Pearson, Scott)<br>*Vacated*<br>   09/02/2016       Continued to 09/06/2016 - MSC Reset/Continuance - The State of Nevada; Odoan, James Maurice |
| 10/19/2016 | *CANCELED* **Mandatory Status Conference** (1:30 PM) (Judicial Officer: Lynch, Patricia)<br>*Vacated* |
| 11/15/2016 | *CANCELED* **Mandatory Status Conference** (1:30 PM) (Judicial Officer: Pearson, Scott)<br>*Vacated* |
| 12/08/2016 | *CANCELED* **Mandatory Status Conference** (1:30 PM) (Judicial Officer: Hascheff, Pierre)<br>*Vacated* |
| 12/08/2016 | Dismissal Without Prejudice Filed |
| 12/08/2016 | **Disposition** (Judicial Officer: Sferrazza, Peter)<br>  1. Indecent or obscene exposure, 1st<br>       Dismissed Without Prejudice |
| 12/12/2016 | Dismissal Order Filed |
| 12/12/2016 | Bond Exonerated |
| 12/12/2016 | Bond Exonerated |
| 12/16/2016 | Case Concluded |

| DATE | FINANCIAL INFORMATION |  |
|---|---|---|
|  | **Defendant** Odoan, James Maurice |  |
|  | Total Charges | 100.00 |
|  | Total Payments and Credits | 100.00 |
|  | **Balance Due as of 5/17/2017** | 0.00 |