Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES O'DOAN,<br><br>　　　　　Plaintiff(s),<br>　　vs.<br><br>RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive<br><br>　　　　　Defendant(s).<br>_____/ | Case No.  3:17-cv-00293-LRH-VPC<br><br>**NOTICE OF MANUAL FILING** |

The Plaintiff, by and through the undersigned counsel, hereby provides notice of the manual filing a CD with the Court pursuant to Pursuant to LR IC 1-1 (d).

The CD contains files referred in, and supporting, the Plaintiff's Response in Opposition to the Defendant's Motion for Summary Judgment as Exhibits 3 a. 911 Call 2016-07-15_at_18.47.45 (585,216 bytes)  - b. 911 Call 2016-07-15_at_18.50.22 (292,864 bytes) - c. 911 Call 2016-07-15_at_18.53.45 (1,428,480 bytes) - d. 911 Call 2016-07-15_at_18.56.06 (2,707,968 bytes); Exhibit 21 (44,032 bytes), and Exhibit 22

1

(728,732,672 bytes).

      Respectfully submitted this April 23, 2018.

By: _____
Luke Busby
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically transmitted the foregoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the foregoing pleading to the address below by US Mail postage prepaid, and/or I hand delivered the foregoing to:

Reno City Attorney
Attn: Mark Hughs
1 East First St.
Reno, Nevada 89501
*Attorney for the Defendants*

By: _____
Luke Busby

2