Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES O'DOAN,<br><br>          Plaintiff(s),<br>     vs.<br><br>RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive<br><br>          Defendant(s).<br>_____/ | Case No.  3:17-cv-00293-LRH-VPC<br><br>**NOTICE OF CORRECTED EXHIBITS** |

The Plaintiff, by and through the undersigned counsel, hereby provides the following Notice of Corrected Exhibits to the Plaintiff's Response in Opposition to the Motion for Summary Judgment (Doc #42).  In the original filing, Exhibits 13 to 23 to the Response were omitted, and are provided here.

///

///

///

1

Respectfully submitted this April 23, 2018.

By: /s/ Luke A. Busby
Luke Busby
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2018, I electronically transmitted the foregoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the foregoing pleading to the address below by US Mail postage prepaid, and/or I hand delivered the foregoing to:

Reno City Attorney
Attn: Mark Hughs
1 East First St.
Reno, Nevada 89501
*Attorney for the Defendants*

By: /s/ Luke A. Busby
Luke Busby

2