# Exhibit 13

FILED UNDER SEAL

# Exhibit 13