UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAMES O'DOAN,

    Plaintiff,

vs.

RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive.

    Defendants.

Case No.: 3:17-CV-00293-LRH-VPC

**ORDER REGARDING:**

## STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**(First Request)**

Plaintiff, by and through Luke Busby, Esq., and, Defendants City of Reno, Joshua Sanford, and Cade Leavitt, by and through Reno City Attorney Karl Hall and Deputy City Attorney Mark Hughs, herby stipulate to extend the Defendants' deadline to file their Reply in Support of the Motion for Summary Judgment (ECF No. 42) from May 7, 2018 to May 14, 2018.

///

///

///

///

-1-

The extension of this deadline is requested because Defendants' counsel has a number of previously scheduled proceedings in other cases which will limit the time available to adequately draft the Reply, and is not brought for any improper purpose or undue delay.

DATED this ___27th___ day of April, 2018

By: /s/ Luke A. Busby
Luke Busby, Esq.
216 East Liberty Street
Reno, NV 89501

DATED this ___27th___ day of April, 2018

KARL HALL
Reno City Attorney

By: _____
MARK A. HUGHS
Deputy City Attorney
Nevada Bar #5375
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for City of Reno
Officer Joshua Sanford, and
Officer Cade Leavitt*

IT IS SO ORDERED.

DATED this _30th_ day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE