AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JAMES O'DOAN,

                Plaintiff,

v.

RENO POLICE OFFICER JOSHUA SANFORD; RENO POLICE OFFICER CADE LEAVITT; CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:17-cv-00293-LRH-CBC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that defendants' motion for summary judgment (ECF No. 39) is GRANTED.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered and this case is closed.

  March 26, 2019                                            DEBRA K. KEMPI
  Date                                                                 Clerk



                                                                                   /s/ L. Haywood
                                                                                    Deputy Clerk