Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES O'DOAN,<br><br>   Plaintiff(s),<br> vs.<br><br>RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive<br><br>   Defendant(s).<br>_____/ | Case No.  3:17-cv-00293-LRH-VPC<br><br>**NOTICE OF APPEAL** |

 Notice is hereby given that JAMES O'DOAN, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order granting summary judgment entered in this action on March 26, 2019, attached hereto as Exhibit 1.

///

///

## REPRESENTATION STATEMENT

The undersigned represents Plaintiff JAMES O'DOAN and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate:

Plaintiff

JAMES O'DOAN
Counsel of Record:

Luke Busby, Esq.
316 California Ave.
Reno, Nevada 89501
(775) 453-0112 (Dial Area Code)
(775) 403-2192 (Fax)
www.lukeandrewbusbyltd.com
luke@lukeandrewbusbyltd.com


Defendants

RENO POLICE OFFICER JOSHUA SANFORD;
RENO POLICE OFFICER CADE LEAVITT; and
THE CITY OF RENO, a political subdivision of the State of Nevada
Counsel of Record:

Mark A. Hughs, Esq.
Reno City Attorney's Office
P.O. Box 1900
Reno, NV 89505
775-334-2050
Fax: 775-334-2450
Email: hughsm@reno.gov


///

Respectfully submitted this April 2, 2019:

By: _____
Luke Busby
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I electronically transmitted the foregoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the foregoing pleading to the address below by US Mail postage prepaid, and/or I hand delivered the foregoing to:

Mark A. Hughs, Esq.
Reno City Attorney's Office
P.O. Box 1900
Reno, NV 89505
775-334-2050
Fax: 775-334-2450
Email: hughsm@reno.gov

*Attorney for the Defendants*

By: _____/s/ Luke A. Busby_____
Luke Busby

4

Exhibit List

1. March 26, 2019 Order