UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: 3:17-cv-00293

Court of Appeals Case Number: 19-15623

Case Caption: James O'Doan v. Joshua Sanford et al.

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 11/16/2017 | 3:17-cv-00293 | Motion Hearing | K. French | Y  Doc#38 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: 4/5/2019

_____
Signature

Luke Busby, Esq.
Print Name

James O'Odoan
Appellant/Appellee