UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: 3:17-cv-00293

Court of Appeals Case Number: 19-15623

Case Caption: James O'Doan v. Joshua Sanford et al.

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 11/16/2017 | 3:17-cv-00293 | Motion Hearing | K. French | Y  Doc#38 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: 4/5/2019

Signature: *Luke A. Busby*

Luke Busby, Esq.
Print Name

James O'Odoan
Appellant/Appellee

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically transmitted the foregoing pleading to document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel registered to receive Electronic Filings and/or I mailed the foregoing pleading to the address below by US Mail postage prepaid, and/or I hand delivered the foregoing to:

Mark A. Hughs, Esq.
Mark Dunagan, Esq.
Reno City Attorney's Office
P.O. Box 1900
Reno, NV 89505
775-334-2050
Fax: 775-334-2450
Email: hughsm@reno.gov
dunaganm@reno.gov
*Attorney for the Defendants*

By: _____/s/ Luke A. Busby_____

Luke Busby
Nevada State Bar No. 10319
316 California Ave. 82
Reno, NV 89509
775-453-0112
luke@lukeandrewbusbyltd.com