# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES O'DOAN,<br><br>　　　　Plaintiff(s),<br>　　vs.<br><br>RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada; and JOHN DOES I through X, inclusive<br><br>　　　　Defendant(s). | Case No.: 3:17-cv-00293-LRH-CLB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**AND ORDER THEREON** |

　　　It is stipulated and agreed by and between Plaintiff JAMES O'DOAN, and Defendants RENO POLICE OFFICER JOSHUA SANFORD, RENO POLICE OFFICER CADE LEAVITT, and THE CITY OF RENO, a political subdivision of the State of Nevada, a political subdivision of the State of Nevada, that this action and all claims asserted therein in the above-captioned matter be dismissed with prejudice, with the parties to bear their own attorney's fees and costs for this entire action.

　　　The parties further stipulate and agree that O'Doan will not seek further appeal of this matter and that the Defendants waive recovery of their taxed costs in this matter from O'Doan.

Dated this May 24, 2021:

   /s/ Luke Busby, Esq.
LUKE A. BUSBY, ESQ.
316 California Ave., #82
Reno, NV 89509
*Attorney for Plaintiff*

Dated this May 24, 2021:

   /s/ Mark Hughs, Esq.
Mark Hughs, Esq.
Reno City Attorney's Office
1 East First St.
Reno, Nevada 89501
*Attorney for the Defendants*

**IT IS SO ORDERED:**

DATED this 25th day of May, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE